File Hashes for IP Address 50.190.4.211

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Alexandria, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/01/2015 23:25:15 | 6B534D9734BE61DE03586B41D188594BBBB3B425 | Summertime |
| 01/01/2015 23:14:20 | 972102A9DEDC642D254C1406CFF00A0F380735F2 | Exposed And Aroused |
| 01/01/2015 23:12:25 | 6A17BC045F2C394256B428A488A69744EBB1E566 | Spellbound |
| 01/01/2015 22:14:50 | FB19F226C1720F9C293C5E9CB07021829E151D92 | One Show For Each |
| 01/01/2015 20:17:04 | 7B3BD6CB04B4820C3BB3A3716B5B55F02FB89EBF | Cum In Get Wet |
| 01/01/2015 19:18:48 | 679583B4DE771AF53F3FBAC0FD17DEAE78745DAB | Deep Down In Me |
| 01/01/2015 17:29:08 | 88880BA49BE6AECD218F30F515D301C1527CF1D2 | Fuck Me More |
| 12/06/2014 14:07:09 | D31250F2F583DFEFF9AC794E0CC750A74ABF46E6 | I Want You To Want Me |
| 11/19/2014 00:50:32 | B97C200152B8F223C088833D85877B115E593641 | Do Me Darling |
| 11/19/2014 00:42:51 | AF2802EBFF3F092322D127FD024E0BE7F9E97746 | Serving Seduction |
| 10/19/2014 16:00:28 | 1D7E74C33FAD4573A9D96C1F3EC14CD02445DD02 | Hot Bath For Two |
| 10/17/2014 01:21:04 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 10/17/2014 01:01:45 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 10/17/2014 00:50:58 | A8EDCCA5C0D4A7401411BEDFC2E27080AF23BCF6 | Spanish Heat |
| 10/17/2014 00:43:30 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

EVA210