Copyrights-In-Suit for IP Address 50.190.4.211

**ISP:** Comcast Cable Communications Management, LLC
**Location:** Alexandria, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Summertime | PA0001922274 | 11/09/2014 | 11/14/2014 | 01/01/2015 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 01/01/2015 |
| Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 01/01/2015 |
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 01/01/2015 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 01/01/2015 |
| Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 01/01/2015 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 01/01/2015 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 12/06/2014 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 11/19/2014 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 11/19/2014 |
| Hot Bath For Two | PA0001914734 | 09/20/2014 | 09/22/2014 | 10/19/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 10/17/2014 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 10/17/2014 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 10/17/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 10/17/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  15**

EXHIBIT B

EVA210