**DOCUMENT REMOVED #12**
**FILED IN ERROR AND REMOVED**