**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                      Civil Action No. 1:15-cv-00371-LMB-TCB

MICHAEL MITCHELL,

    Defendant,

                                  /

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF MICHAEL MITCHELL**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Michael Mitchell ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Michael Mitchell was assigned the IP address 50.190.4.211. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Michael Mitchell has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 9, 2015

                                                    Respectfully submitted,

                                                    By:    /s/ *William E. Tabot*
                                                    William E. Tabot PC
                                                    9248 Mosby Street
                                                    Manassas, VA 20110-5038
                                                    Phone: 703-530-7075
                                                    Email: wetabotesq@wetlawfirm.com
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that on September 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                  By: /s/ *William E. Tabot*
                                                  William E. Tabot