IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                       Civil Action No. 1:15-cv-00371-LMB-TCB

MICHAEL MITCHELL,

    Defendant,

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF MICHAEL MITCHELL**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Michael Mitchell ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Michael Mitchell was assigned the IP address 50.190.4.211. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Michael Mitchell has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 9, 2015

Respectfully submitted,

By:    /s/ *William E. Tabot*
William E. Tabot PC
9248 Mosby Street
Manassas, VA 20110-5038
Phone: 703-530-7075
Email: wetabotesq@wetlawfirm.com
*Attorney for Plaintiff*

So Ordered

/s/       9/10/15
Leonie M. Brinkema
United States District Judge